No. 83–1355.   ORANGE COUNTY ET AL. *v.* WOOD ET AL.   C. A. 11th Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 83–1455.   WILK ET AL. *v.* AMERICAN MEDICAL ASSN. ET AL.; and
No. 83–1602.   AMERICAN MEDICAL ASSN. ET AL. *v.* WILK ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.   Reported below: 719 F. 2d 207.

No. 83–1587.   NAARTEX CONSULTING CORP. *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 83–6312.   ANTONELLI *v.* FEDERAL BUREAU OF INVESTIGATION ET AL.   C. A. 7th Cir.   Certiorari denied.   JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 83–1600.   EBERT ET UX. *v.* RITCHEY ET AL.   Ct. Sp. App. Md.   Motion of respondent for damages denied.   Certiorari denied.

No. 83–1712.   CO-OPERATIVE LEGISLATIVE COMMITTEE, RAILROAD BROTHERHOODS AND RAILROAD UNIONS, STATE OF OHIO *v.* NORFOLK & WESTERN RAILWAY CO.   Sp. Ct. R. R. R. A.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.